# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. VILLACRES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>K. M. POWERS,<br><br>　　　　　Respondent. | 1:05-cv-00356-LJO-TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>(Doc. 12)<br><br>ORDER DENYING REQUEST FOR INJUNCTIVE RELIEF<br>(Doc. 7)<br><br>ORDER REMANDING CASE TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On August 9, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that the District Judge deny Petitioner's Motion for Injunctive and Declaratory Relief regarding his potential transfer to another prison facility. (Doc. 12). The Report and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. On August 29, 2007, Petitioner filed objections to the Magistrate Judge's Findings and Recommendation, indicating that he did not contest the Findings and Recommendation because his transfer had already taken place. (Doc. 14).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 9, 2007 (Doc. 12), is ADOPTED IN FULL;

2. Petitioner's Motion for Injunctive and Declaratory Relief (Doc. 7), is DENIED; and

3. The case is REMANDED to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   September 27, 2007**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE