1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

7   CHARLES D. VILLACRES,                    )        1:05-cv-00356-LJO-TAG HC
                                             )
8                    Petitioner,             )        ORDER DENYING PETITIONER'S EX
                                             )        PARTE INQUIRY MOTION (Doc. 10)
9                                            )
         v.                                  )
10                                           )
    MENDOZA POWERS,                          )
11                                           )
                     Respondent.             )
12   _____)

13          Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus

14   pursuant to 28 U.S.C. § 2254.

15          On March 1, 2007, Petitioner filed a motion entitled Ex Patre [sic] Inquiry Motion (Doc. 10),

16   in which Petitioner asks the Court for permission to file a supplementary brief.  On May 24, 2007,

17   Petitioner filed another motion requesting permission to submit a supplemental brief.  (Doc. 11).  On

18   August 9, 2007, the Court granted Petitioner's May 24, 2007 motion to file a supplemental brief, but

19   neglected to address the earlier motion of inquiry.  On August 29, 2007, Petitioner filed his

20   supplementary brief.  (Doc. 16).  The order of August 9, 2007, granting leave to supplement, and

21   Petitioner's subsequent filing of his supplemental brief, makes the earlier inquiry motion moot.

22          Accordingly, the Court HEREBY ORDERS that Petitioner's Ex Parte [sic] Motion of Inquiry

23   (Doc. 10), is DENIED as MOOT.

24

25   IT IS SO ORDERED.

26   Dated:   **February 13, 2008**                          **/s/ Theresa A. Goldner**
                                                      UNITED STATES MAGISTRATE JUDGE
27

28

                                                1